IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN WILLIAMS, )<br>)<br>Plaintiff, )<br>) No. 8:10-cv-3098<br>vs. )<br>)<br>MIDLAND CREDIT MANAGEMENT, )<br>INC., ) **JURY DEMAND ENDORSED HEREON**<br>)<br>Defendant. ) | |

## COMPLAINT

NOW COMES the Plaintiff, KEVIN WILLIAMS, by and through his attorney, MITCHEL E. LUXENBURG, and for his Complaint against the Defendant, MIDLAND CREDIT MANAGEMENT, INC., Plaintiff alleges and states as follows:

### PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereinafter the "FDCPA"), 15 U.S.C. § 1692, *et seq*.

### JURISDICTION AND VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. § 1692, *et seq*. Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b), as a substantial part of the events and omissions giving rise to the claim occurred within this District.

### PARTIES

3. Plaintiff is an individual who was at all relevant times residing in Temple Hills, Maryland.

4. Plaintiff is a "consumer" as defined in 15 U.S.C. § 1692a(3), as he is a natural person allegedly obligated to pay a debt.

5. At all relevant times, Defendant acted as a "debt collector" within the meaning of 15 U.S.C. § 1692a(6), in that it held itself out to be a company collecting a consumer debt

6. On information and belief, Defendant is a corporation of the State of Kansas, which is licensed to do business in Maryland and which has its principal place(s) of business in Hutchinson, Kansas and/or San Diego, California.

## ALLEGATIONS

7. On or about May 25, 2010, Defendant's representatives and/or employees, including but not limited to individuals who represented themselves as Joel (last name unknown) and/or Jewel (last name unknown), began contacting Plaintiff by telephone in attempts to collect the aforementioned alleged debt.

8. During the aforementioned telephone conversations, Defendant's representatives and/or employees used obscene, profane and/or abusive language when speaking with Plaintiff, including but not limited to questioning Plaintiff's mental competency, calling him "crazy" and stating that he must have mental stability issues.

9. Subsequently, Defendant mailed a letter to Plaintiff which purported to confirm that Plaintiff had agreed to make a payment towards the alleged debt when in fact no such agreement had been reached.

10. In its attempts to collect the aforementioned alleged debt, Defendant violated the FDCPA in one or more of the following ways:

    a. Using language the natural consequence of which was to abuse Plaintiff, in violation of 15 U.S.C. § 1692d(2);

      b.      Using a false, deceptive or misleading representation or means in connection with the collection of the alleged debt or to obtain information about our client, in violation of 15 U.S.C. § 1692e(10); and

      c.      By acting in an otherwise deceptive, unfair and unconscionable manner and failing to comply with the FDCPA.

11.    As a result of Defendant's violations as aforesaid, Plaintiff has suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, KEVIN WILLIAMS, respectfully prays for a judgment against Defendant as follows:

      a.      Statutory damages of $1,000.00 for each violation of the FDCPA;

      b.      All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff; and

      c.      Any other relief deemed appropriate by this Honorable Court.

### **JURY DEMAND**

Pursuant to Civil Rule 38, Plaintiff hereby demands a trial by jury on all issues in this action, except for any issues relating to the amount of attorneys' fees and litigation costs to be awarded should Plaintiff prevail on any of his claims in this action.

                Respectfully Submitted,

                /s/ Mitchel E. Luxenburg
                Mitchel E. Luxenburg (29092)
                Attorney for Plaintiff
                23875 Commerce Park
                Suite 105
                Beachwood, OH 44122
                (888) 493-0770, ext. 302 (phone)
                (866) 551-7791 (facsimile)
                Mitch@LuxenburgLevin.com