UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

**KEVIN WILLIAMS**,

vs.

**MIDLAND CREDIT MANAGEMENT, INC.**,

**CIVIL ACTION NO. 8:10-CV-03098-JFM**

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[ ]   I certify, as party/counsel in this case that _____ is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

[X]   The following corporate affiliations exist with   Midland Credit Management, Inc., :
                                                                                 (name of party)
Encore Capital Group, Inc., a publicly-held company that wholly owns Midland Credit Management, Inc. .

[ ]   The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

December 10, 2010
*Date*

                                        **MARSHALL, DENNEHEY, WARNER
                                        COLEMAN AND GOGGIN, P.C.**

                                        By: /s/ Armand J. Della Porta, Jr.
                                        Armand J. Della Porta, Jr., Esquire
                                        Maryland State Bar No. 28612
                                        1220 Market Street, 5th Floor
                                        Wilmington, DE 19801
                                        Telephone:  (302) 552-4300
                                        Fax:   (302) 651-7905
                                        E-Mail: ajdellaporta@mdwcg.com

Attorney for the Defendant, Midland Credit Management, Inc.   15/1077438.v1