# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### SOUTHERN DIVISION

| | | |
|---|---|---|
| KEVIN WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.   8:10-cv-3098 |
| vs. | ) | |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, | ) | **NOTICE OF DISMISSAL** |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, KEVIN WILLIAMS, by and through his attorneys, and hereby advises the Court that he is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

Respectfully submitted,

_____/s/_____
Mitchel E. Luxenburg (29092)
Attorney for Plaintiff
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 302 (phone)
(866) 551-7791 (facsimile)
Mitch@LuxenburgLevin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2011, a copy of the foregoing Notice of Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

_____/s/_____
Mitchel E. Luxenburg (29092)
Attorney for Plaintiff
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 302 (phone)
(866) 551-7791 (facsimile)
Mitch@LuxenburgLevin.com